UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED
2007 SEP 24 PM 1:20
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Jonathan Lee Riches ©,
Plaintiff

v.

MANUEL NORIEGA A/K/A
MANUEL ANTONIO NORIEGA MORENO,

DEFENDANT

CIVIL NO:
2:07-cv-619-FtM-29DNF

## Civil Complaint

### Restraining Order Against Gen. NORIEGA's Extradition

Comes Now the Plaintiff Jonathan Lee Riches ©, in pro-se, Moves this Honorable Court to issue an order for Defendant named in this suit to respond. This complaint is a Civil Rights violation and crimes committed pursuant to: Torture, CIA secrets, Identity theft, treason, Impersonation, withholding military secrets. Plaintiff also Moves this Honorable Court to issue a restraining order against the Extradition of General Manuel Noriega to France. Plaintiff seeks 129,000,000.00 Million dollars.

Plaintiff, Jonathan Lee Riches ©, a former CIA Central Intelligence Agency Agent Stationed in Panama from 1985 to 1989. Now a Political prisoner at FCI Williamsburg.

Defendant, General Manuel Noriega, a former de facto military dictator of Panama from 1983 to 1989. Convicted under federal charges of cocaine trafficking, now held in a federal prison in Miami. Noriega kidnapped my mind in Ft. Myers and has a secret compound in Leheigh Acres

1

Ronald Reagan personally sent me to Panama in 1985 to weed out General Noriega and bring him to the whitehouse

2

On March 4, 1987, I fought in a intense guerrilla battle at Tora Bora with Noriega's army. Noriega escaped from Alcatraz

3

May 26, 1888 - Noriega is currently using my fingerprints. He's going to be extradited to France under the guise of Jonathan Lee Riches©

4

Aug 6, 1990 - I joined David Lee Roth's band "Panama"

5

Restraining Order

I need to personally interrogate Mr. Noriega. I compel this court to bring him to me. I need to question him about secret mysteries. Noriega can unlock the secrets to the Zodiac mystery, The death of Federal prosecutor Jonathan Luna, Contra's hiding in the U.S., information about Jon Benet Ramsey, the location of Waldo.

6

September 7, 1989 - Noriega made me drink from the Panama Canal

7

On March 10, 2006 - Noriega stole personal property from me I want back. The Jonathan Lee Riches© manuscript, Maps of sunken treasure, blue prints of NASA, Oliver North documents.

8

I need to question Noriega about tainted ingredients on the prison menu, defendant sent Hurricane Charlie through Ft. Myers in 2004 to destroy poppy seed crops.

9

Noriega is a witness in my criminal case. Noriega can identify bank surveillance photos of mine on the CNN Documentary "How to Rob a bank" to prove I was set up by Warren Buffet

10

Noriega is violating my 6th amendment rights with a Jury not letting me speak to him under Booker and FanFan, because Noriega Enhanced my sentence.

I'm so scared of Noriega that I must question him behind the Pope with bullet proof glass. I have aftershock Nightmares of Noriega that makes me feel Indonesian.

Plaintiff Prays for relief and A Restraining order Against All Residents in Fort Myers that are supporters of Noriega

Respectfully Submitted

Jonathan Lee Riches ©

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400