UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Jonathan Lee Riches,

            Plaintiff,

vs.                                    Case No.  2:07-cv-619-FtM-29DNF

Manuel   Noriega,   a/k/a,   Manuel
Antonia Noriega Morena,

            Defendant.
_____


## ORDER OF DISMISSAL

    This matter comes before the Court upon initial review of the
file.  Plaintiff, who claims to be a former CIA agent, and who is
currently incarcerated at the Federal Correctional Institution located
in South Carolina, initiated this *pro se* action on September 24, 2007,
by filing a handwritten pleading entitled "Complaint" (Doc. #1).
Plaintiff did not accompany the filing of his Complaint with a Motion
to Proceed *In Forma Pauperis*, or the requisite $350.00 filing fee.

    Plaintiff seeks a "restraining order against General Noriega's
extradition."  Plaintiff's Complaint, which comprises of a dozen of
short fanciful allegations, is patently frivolous and fails to state
any colorable claim to invoke this Court's jurisdiction.

    The Court takes judicial notice that the Orlando Division of this
Court recently: 1) restricted Plaintiff from any future filings unless
he accompanies his filing with the requisite filing fee; and, 2)
directed the clerk to refuse any complaint submitted by Plaintiff that
was not accompanied with the requisite fee.  See Case No. 6:07-cv-

1504-Orl-31KRS, Order of Court dated September 24, 2007. Further, the Court takes notice that since January 2006, Plaintiff has filed 78 other civil complaints in federal courts throughout the United States, which contain similar outlandish and delusional allegations. See http://pacer.uspci.uscourts.gov. In an effort to discourage Plaintiff from continuing with these filings, this Court will dismiss Plaintiff's frivolous filing without reciting to or addressing any aspect of Plaintiff's Complaint.

ACCORDINGLY, it is hereby

**ORDERED**:

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED**, with prejudice.

2. The **Clerk of Court** shall: (1) enter judgment accordingly; terminate any pending motions, and close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this ___15th___ day of October, 2007.

JOHN E. STEELE
United States District Judge


SA: hmk
Copies: All Parties of Record

-2-